**5:26-bk-00352-MJC** Eudis Manuel Sosa
**Case type:** bk **Chapter:** 13 **Asset:** Yes **Vol:** v **Honorable:** Mark J Conway
**Date filed:** 02/05/2026 **Date of last filing:** 02/18/2026

# Creditors

| | |
|---|---|
| **Commonwealth of PA**<br>200 N River St<br>Wilkes Barre, PA 18711 | (5779420)<br>(cr) |
| **Internal Revenue Service**<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | (5779421)<br>(cr) |
| **Jefferson Capital LLC**<br>16 McLeland Road<br>Saint Cloud, MN 56303-2198 | (5779422)<br>(cr) |
| **KML Law Group, P.C.**<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106 | (5779423)<br>(cr) |
| **Luzerne County DRS**<br>Domestic Relations Section<br>113 W North St<br>Wilkes Barre, PA 18711 | (5779424)<br>(cr) |
| **National Recovery Agency**<br>2491 Paxton St<br>Harrisburg, PA 17111 | (5779425)<br>(cr) |
| **PA Department of Revenue**<br>Bankruptcy Division<br>PO Box 280946<br>Harrisburg, PA 17128-0946 | (5779426)<br>(cr) |
| **Pennsylvania Department of Revenue**<br>Bankruptcy Division PO BOX 280946<br>Harrisburg, PA 17128 | (5779731)<br>(cr) |
| **PennyMac Loan Services LLC**<br>Po Box 514387 M<br>Los Angeles, CA 90051 | (5779427)<br>(cr) |
| **UGI Utilities Inc**<br>PO Box 13009<br>Reading, PA 19612-3009 | (5779428)<br>(cr) |

| PACER Login: | claputka | Client Code: | |
|---|---|---|---|
| Description: | Creditor List | Search Criteria: | 5:26-bk-00352-MJC Creditor Type: All |
| Billable Pages: | 1 | Cost: | 0.10 |