In re:                                                                    Case No. 26-00352-MJC

Eudis Manuel Sosa                                                          Chapter 13

　　　Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5                     User: AutoDocke                              Page 1 of 2

Date Rcvd: Feb 27, 2026                  Form ID: pdf010                              Total Noticed: 11

The following symbols are used throughout this certificate:

**Symbol        Definition**

+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^              Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 01, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Eudis Manuel Sosa, 711 Alter S, Hazleton, PA 18201-3132 |
| 5779420 | + | Commonwealth of PA, 200 N River St, Wilkes Barre, PA 18711-1004 |
| 5779424 | + | Luzerne County DRS, Domestic Relations Section, 113 W North St, Wilkes Barre, PA 18711-1040 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5779421 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 27 2026 18:41:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5779422 | | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 27 2026 18:41:00 | Jefferson Capital LLC, 16 McLeland Road, Saint Cloud, MN 56303-2198 |
| 5779423 | ^ | MEBN | Feb 27 2026 18:39:48 | KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 5779425 | + | Email/Text: Bankruptcies@nragroup.com | Feb 27 2026 18:41:00 | National Recovery Agency, 2491 Paxton St, Harrisburg, PA 17111-1036 |
| 5779426 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 27 2026 18:41:00 | PA Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 5779731 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 27 2026 18:41:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 5779427 | + | Email/PDF: ebnotices@pnmac.com | Feb 27 2026 19:03:04 | PennyMac Loan Services LLC, Po Box 514387 M, Los Angeles, CA 90051-4387 |
| 5779428 | | Email/Text: bkrcy@ugi.com | Feb 27 2026 18:41:00 | UGI Utilities Inc, PO Box 13009, Reading, PA 19612-3009 |

TOTAL: 8

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 01, 2026      Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 27, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Charles Laputka | on behalf of Debtor 1 Eudis Manuel Sosa ecfnotices@laputkalaw.com jen@laputkalaw.com;jbolles@laputkalaw.com;Laputka.CharlesB@notify.bestcase.com;laputka.charlesb@notify.bestcase.com |
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 3

# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In re:                  :    **Chapter 13**

                            :

**Eudis Manuel Sosa,**          :    **Case No. 5:26-bk-00352-MJC**

                            :

              **Debtor.**         :

## ORDER GRANTING MOTION TO EXTEND STAY

Upon consideration of Debtor's Motion to Extend Stay as to All Creditors, Doc. 8 ("Motion"), and the Debtor having certified that all creditors and parties in interest have been properly served, no responses having been filed thereto, after a hearing held on February 26, 2026, and good cause having been demonstrated by the Movant, it is hereby

     **ORDERED** that the Motion is **GRANTED**; and it is further

     **ORDERED** that the automatic stay in the above-captioned case is hereby **EXTENDED** as to all creditors properly served, until such time as the herein case is dismissed, discharged, or this Court enters an Order modifying the stay.

By the Court,

Mark J. Conway, Bankruptcy Judge
Dated: February 27, 2026