United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                                          Case No. 26-00352-MJC

Eudis Manuel Sosa                                                    Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5                         User: AutoDocke                                   Page 1 of 2

Date Rcvd: Mar 09, 2026                 Form ID: ntcnfhrg                           Total Noticed: 11

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 11, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Eudis Manuel Sosa, 711 Alter S, Hazleton, PA 18201-3132 |
| 5779420 | + | Commonwealth of PA, 200 N River St, Wilkes Barre, PA 18711-1004 |
| 5779424 | + | Luzerne County DRS, Domestic Relations Section, 113 W North St, Wilkes Barre, PA 18711-1040 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5779421 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 09 2026 18:49:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5779422 | | Email/Text: JCAP_BNC_Notices@jcap.com | Mar 09 2026 18:49:00 | Jefferson Capital LLC, 16 McLeland Road, Saint Cloud, MN 56303-2198 |
| 5779423 | ^ | MEBN | Mar 09 2026 18:44:19 | KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 5779425 | + | Email/Text: Bankruptcies@nragroup.com | Mar 09 2026 18:49:00 | National Recovery Agency, 2491 Paxton St, Harrisburg, PA 17111-1036 |
| 5779426 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 09 2026 18:49:00 | PA Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 5779731 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 09 2026 18:49:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 5779427 | + | Email/PDF: ebnotices@pnmac.com | Mar 09 2026 19:02:20 | PennyMac Loan Services LLC, Po Box 514387 M, Los Angeles, CA 90051-4387 |
| 5779428 | | Email/Text: bkrcy@ugi.com | Mar 09 2026 18:49:00 | UGI Utilities Inc, PO Box 13009, Reading, PA 19612-3009 |

TOTAL: 8

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 11, 2026    Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 9, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Charles Laputka | on behalf of Debtor 1 Eudis Manuel Sosa ecfnotices@laputkalaw.com jen@laputkalaw.com;jbolles@laputkalaw.com;Laputka.CharlesB@notify.bestcase.com;laputka.charlesb@notify.bestcase.com |
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| Matthew K. Fissel | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Eudis Manuel Sosa,

**Debtor 1**

Chapter        13

Case No.        5:26−bk−00352−MJC

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**April 9, 2026** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Max Rosenn US Courthouse, Courtroom 2, 197 South Main Street, Wilkes−Barre, PA 18701 | Date: April 16, 2026 Time: 10:00 AM |
| --- | --- |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence)* shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** Max Rosenn U.S. Courthouse 197 South Main Street Wilkes−Barre, PA 18701 (570) 831−2500 | **For the Court:** Seth F. Eisenberg Clerk of the Bankruptcy Court: By: PatriciaRatchford, Deputy Clerk |
| --- | --- |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: March 9, 2026 |

ntcnfhrg (08/21)