**LOCAL BANKRUPTCY FORM 2016-2(c)**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE:

Eudis Manuel Sosa                  :     **CHAPTER 13**
                                      :
                                        :     **CASE NO.** 5 - 26 -**bk-** 00352
                                        :
                                        :
                **Debtor(s)**     :

**REQUEST FOR PAYMENT OF CHAPTER 13 COMPENSATION AND EXPENSES**

**Instructions:** Complete **Part A** for payment of the presumptively reasonable fee, as described in L.B.R. 2016-2(c), being paid through a Chapter 13 plan and reimbursement of expenses. Complete **Part B** for payment of compensation and reimbursement of expenses awarded by separate Court order. Complete **Part C** for all requests for payment of compensation and reimbursement of expenses.

| | |
|---|---|
| **A.** Presumptively reasonable fees under L.B.R. 2016-2(c) | |
| 1. Amount agreed to by debtor | $ 5,000.00 |
| 2. Less amount paid to attorney prior to filing petition | $ 2,387.00 |
| 3. Balance of compensation to be paid through plan distributions | $ 2,613.00 |
| 4. Expenses advanced to be paid through plan distributions: (describe expense and amount) | $ |

| | |
|---|---|
| **B.** Compensation and reimbursement of expenses allowed upon application and order under LBR 2016-2(a) | |
| 1. Retainer received | $ |
| 2. Compensation earned prepetition and paid to attorney prior to filing petition | $ |
| 3. Expenses reimbursed prepetition | $ |
| 4. Balance in retainer after deduction of prepetition compensation and expenses | $ 0.00 |
| 5. Compensation and expenses to be approved by the Court and to be paid through plan distributions, less balance in client trust account | $ |

| | |
|---|---|
| **C.** The undersigned hereby requests payment through the plan for compensation and reimbursement of expenses under 11 U.S.C. § 503(b)(2) in the following amount based on the information above: | $ 2,613.00 |

Dated: 6/7/2026

/s/Charles Laputka
Attorney for Debtor