**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | : CHAPTER 13 |
| EUDIS MANUEL SOSA,<br>Debtor | : |
| JACK N. ZAHAROPOULOS,<br>STANDING CHAPTER 13 TRUSTEE,<br>Movant | : |
| vs. | : |
| EUDIS MANUEL SOSA,<br>Respondent | : CASE NO. 5-26-bk-00352-MJC |

**MOTION TO DISMISS CASE FOR FAILURE TO FILE 2022 PERSONAL INCOME TAX RETURN WITH THE INTERNAL REVENUE SERVICE**

AND NOW, this 22nd day of September 2026, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, by and through his attorney Agatha R. McHale, Esquire, and hereby moves this Honorable Court for dismissal of the above-captioned Chapter 13 bankruptcy case in accordance with § 1307(e) due to failure to file personal income tax return with the Internal Revenue Service for tax year 2022. In support of this Motion, Trustee states as follows:

1. On or about February 5, 2026, Debtor filed this case in the Middle District of Pennsylvania. (ECF Doc. 1).

2. Pursuant to § 1308(a),

> Not later than the day before the date on which the meeting of the creditors is first scheduled to be held under section 341(a), if the debtor was required to file a tax return under applicable nonbankruptcy law, the debtor shall file with appropriate tax authorities all tax returns for all taxable periods ending during the 4-year period ending on the date of the filing of the petition.

3. Pursuant to § 1308(b),

> (1) Subject to paragraph (2), if the tax returns required by subsection (a) have not been filed by the date on which the meeting of creditors is first scheduled to be held under section 341(a), the trustee may hold open the meeting for a reasonable period of time to allow the debtor an additional period of time to file any unfiled returns, but such additional period of time shall not extend beyond—
>
> > (A) for any return that is past due as of the date of the filing of the petition, the date that is 120 days after the date of that meeting; or…

4. Trustee believes, and therefore avers, that Debtor's personal income tax return for tax year 2022 was not filed before the date of the creditor's meeting.

5. The meeting of creditors was scheduled for March 9, 2026.

6. Although the return was not filed in accordance with § 1308(a), the meeting of creditors convened and was held on March 9, 2026.

7. Pursuant to § 1307(e), "Upon the failure of the debtor to file a tax return under section 1308, on request of a party in interest or the United States trustee and after notice and a hearing, the court shall dismiss a case or convert a case under this chapter to a case under chapter 7 of this title, whichever is in the best interest of the creditors and the estate."

8. Accordingly, Movant respectfully requests that this Honorable Court dismiss this case in accordance with § 1307(e).

WHEREFORE, Movant respectfully requests this Honorable Court to dismiss this case in accordance with § 1307(e) and grant any further relief this Honorable Court deems just and proper.

Respectfully submitted:

Jack N. Zaharopoulos
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(717) 566-6097

BY: /s/ Agatha R McHale, Esquire
Attorney for Trustee

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | : CHAPTER 13 |
| EUDIS MANUEL SOSA,<br>Debtor | : |
| JACK N. ZAHAROPOULOS,<br>STANDING CHAPTER 13 TRUSTEE,<br>Movant | : |
| vs. | : |
| EUDIS MANUEL SOSA,<br>Respondent | : CASE NO. 5-26-bk-00352-MJC |

**NOTICE**

NOTICE IS HEREBY GIVEN that Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania filed a Motion to Dismiss on September 22, 2026.

If you object to the relief requested, you must file your objection/response on or before October 13, 2026, with the Clerk of Bankruptcy Court, Max Rosenn United States Courthouse, 197 South Main Street, Wilkes-Barre, PA 18701 and serve a copy on the Trustee and/or the United States Trustee.

A hearing has been scheduled for October 29, 2026, at 10:00 a.m. at Max Rosenn United States Courthouse, 197 South Main Street, Wilkes-Barre, PA 18701, and will be held regardless of any objections or responses having been filed.

Respectfully submitted,

Date: September 22, 2026

/s/ Agatha R. McHale, Esquire
Attorney ID: 47613
Attorney for Trustee
Jack N. Zaharopoulos
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone: (717) 566-6097
Email: amchale@pamd13trustee.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | : CHAPTER 13 |
| EUDIS MANUEL SOSA,<br>Debtor | : |
| JACK N. ZAHAROPOULOS,<br>STANDING CHAPTER 13 TRUSTEE,<br>Movant | : |
| vs. | : |
| EUDIS MANUEL SOSA,<br>Respondent | : CASE NO. 5-26-bk-00352-MJC |

**CERTIFICATE OF SERVICE**

I certify that I am more than 18 years of age and that on September 22, 2026, I served a copy of this Motion to Dismiss, Notice, and Proposed Order on the following parties from Hummelstown, PA, unless served electronically:

SERVED ELECTRONICALLY

United States Trustee
1501 North 6th Street
P.O. Box 302
Harrisburg, PA 17102

Charles Laputka, Esquire
1344 West Hamilton Street
Allentown, PA 18102

SERVED BY FIRST CLASS MAIL

Eudis Manuel Sosa
711 Alter S
Hazleton, PA 18201

I certify under penalty of perjury that the foregoing is true and correct.

Date: September 22, 2026

/s/ Elizabeth R. Fitzgerald, Paralegal
Office of the Standing Chapter 13 Trustee
Jack N. Zaharopoulos
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone: (717) 566-6097
Email: info@pamd13trustee.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| EUDIS MANUEL SOSA, | : | |
| Debtor | : | |
| | : | |
| JACK N. ZAHAROPOULOS, | : | |
| STANDING CHAPTER 13 TRUSTEE, | : | |
| Movant | : | |
| | : | |
| vs. | : | |
| | : | |
| EUDIS MANUEL SOSA, | : | |
| Respondent | : | CASE NO. 5-26-bk-00352-MJC |

**ORDER DISMISSING CASE**

Upon consideration of the Trustee's Motion to Dismiss, it is hereby ORDERED that the above-captioned bankruptcy be and hereby is DISMISSED. The Court retains jurisdiction to rule on any timely filed fee applications.